NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


EDWIN J. MELENDEZ LOPEZ,                )
DOC #R90902,                            )
                                        )
      Appellant,                       )
                                        )
v.                                      )    Case No. 2D17-3745
                                        )
STATE OF FLORIDA,                       )
                                        )
      Appellee.                        )
_____)

Opinion filed October 11, 2019.

Appeal from the Circuit Court for Pinellas
County; William H. Burgess, III, Judge.

Rachael E. Reese of O'Brien Hatfield, P.A.,
Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Michael Schaub,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


      Affirmed.


KHOUZAM, C.J., and KELLY and ATKINSON, JJ., Concur.